WARREN, Appellant, v. STRATTON et al., Respondents. (Supreme Court, Appellate Divi-

sion, First Department. May 22, 1903.) Action by Charles J. Warren against Mary L. Stratton and another. I. N. Miller, for appellant. J. Stikeman, for respondents. No opinion. Judgment affirmed, with costs.